**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**PIER ANTONIO ORTIZ PEDROZA**,

**Petitioner,**

**v.** **Case No. 4:26-cv-300-TKW-MAF**

**WARDEN, LIBERTY COUNTY JAIL, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,**

**Respondents**.
_________________________________/

**ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 12) and Respondents' objections (Doc. 14). Petitioner did not respond to the objections, but he did file a "motion" (Doc. 15) asking the Court to "give expedited consideration to the Report and Recommendation … and the pending objections."

Upon de novo due review of the issues raised in the objections, the Court agrees with the magistrate judge's determination—and Respondents' concession, *see* Doc. 14 at 13; Doc. 8 at 15—that this case is controlled by *Hernandez Alvarez v. Warden, Fed. Det. Ctr. Miami*, 175 F.4th 1258 (11th Cir. 2026). *But see Cabrera v. Ripa*, 2026 WL 2253670, at *3 (S.D. Fla. Aug. 5, 2026) (denying habeas petition and distinguishing *Hernandez Alvarez* because the petitioner was an applicant for

admission who was paroled into the country at the border); *Flores v. Warden*, 2026 WL 1437166 (S.D. Fla. May 21, 2026) (same); *A.E. v. Powell*, 2026 WL 782294 (N.D. Ala. Mar. 19, 2026) (denying habeas petition prior to *Hernandez Alvarez* because alien who sought asylum at the border and was paroled into the country was subject to mandatory detention under §1225(b) once his parole expired and/or was revoked). Accordingly, it is

**ORDERED** that:

1. The Report and Recommendation is adopted and incorporated by reference into this Order.

2. The petition for writ of habeas corpus (Doc. 2) is **GRANTED**, and Respondents shall provide Petitioner a bond hearing under 8 U.S.C. §1226(a) within 7 days from the date of this Order.

3. Petitioner's motion for expedited consideration (Doc. 15) is **DENIED as moot**.

4. The Clerk shall close the case file.

**DONE and ORDERED** this 14th day of September, 2026.

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**